RECEIVED

SCANNED at LSP and Emailed
4-19-22 by VB , 25 pages
date      initials   No.

APR 19 2022

Legal Programs Department

# A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

## UNITED STATES DISTRICT COURT
Middle _____ DISTRICT OF LOUISIANA

Melvin Johnson #108141

*Plaintiff's full name (first-middle-last)*
*and prisoner number.*

**VERSUS**

Marcus Jones, Lt.col.
Willard Gauthier, Colonel
Lorencia James, Seargent
*Defendant(s) full name*
MELISSA BUTLER, LT. COL.

**CIVIL ACTION**

NO.: _____

SECTION: _____

### Instructions for Filing Complaint by Prisoners
### Under the Civil Rights Act, 42 U.S.C. §1983.

This packet includes two copies of a complaint form and one copy of the pauper affidavit.

**IF YOU ARE A PARISH PRISONER**, you must file an original and one copy of your complaint for each defendant you name. For example, if you name two defendants, you must file the original and two copies of the complaint. You should also keep an additional copy of the complaint for your own records.

**IF YOU ARE A D.O.C. PRISONER**, you must file an original and one copy of your complaint. If the defendants are still employed by the Department of Corrections, only one service copy is needed. Otherwise, you must supply a copy of the complaint and the service address for **each** defendant no longer employed by the Department of Corrections.

All copies of the complaint must be identical to the original.

The names of all parties must be listed in the caption and in part III of the complaint exactly the same.

In order for this complaint to be filed, it must be accompanied by the filing fee of $400.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis. For this purpose, a pauper affidavit is included in this packet. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in your inmate account. If pauper status is granted, you will be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from your inmate account until the entire filing fee is paid.

See Forma Pauperis Attached hereto.

You will note that you are required to give facts. **THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, DO NOT INCLUDE EXHIBITS.**

When you have completed this form, e-mail the original and copies to the Clerk of the United States District Court for the ___Middle___ of Louisiana.

I.    **Previous Lawsuits**

A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( ) No (✓)

B.    If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.    Parties to this previous lawsuit

Plaintiff(s): _____N/A_____

Defendant(s): _____N/A_____

2.    Court (if federal court, name the district; if state court, name the parish): _____N/A_____

3.    Docket number: _____N/A_____

4.    Name of judge to whom case was assigned: _____N/A_____

5.    Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____N/A_____

6.    Date of filing lawsuit: _____N/A_____

7.    Date of disposition: _____N/A_____

C.    Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted?    Yes ( )    No (✓)

If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought.

_____N/A_____

II.    **Place of present confinement:** _Louisiana State Penitentiary, Angola_

A.    Is there a prisoner grievance procedure in this institution?   Yes (✓) No ( )

B.    Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes (✓)        No ( )

C. If your answer is YES:

1. Identify the administrative grievance procedure number (s) in which the claims raised in this complaint were addressed. _No administrative procedure number was ever provided_

2. What steps did you take? _Institution ARP and Department of Corrections Appeal_

3. What was the result? _denied_

D. If your answer is NO, explain why not: _N/A_

_____

III. **Parties**

(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff(s): _Melvin Johnson #108141_
_Pine unit #4. 17544 Tunica Trace_
_Angola La. 70712_

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant, _Marcus Jones_ is employed as _Lt. Colonel_ at _Lousiana State Prison_

Address for Service: _17544 Tunica Trace, Angola, La 70712_

C. Additional Defendant, _Willard Gauthier_ is employed as _Colonel_ at _Lousiana State Prison_

Address for Service: _Same as above_

D. Additional Defendant, _Lorencia Vames_ is employed as _Sergeant_ at _Lousiana State Prison_

Address for Service: _Same as above_

E. Additional Defendant, _____ is employed as _____ at

_____

Address for Service: _____

## IV.    Statement of Claim

State here as briefly as possible the **facts** of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

The named employees has willfully violated the Department of Corrections rules for employees, established in their employee manual to govern the conduct of Correctional Officers.

Specifically, Lt. Colonel Marcus Jones intentionally abused the authority of his position and verbally abused plaintiff after he was erroneously written up by a female employee (Lorencia James) who he claimed was his close friend. Lt. Colonel Marcus Jones informed plaintiff that he believed the disciplinary board went too easy on sanctioning and that he would just have to see about correcting that. Plaintiff was threatened by Lt. Colonel Marcus Jones who stated that he would ensure Plaintiff suffer some more severe punishment. Lt. Colonel Marcus Jones further threatened that he would inform Colonel Willard Gauthier that he did not want me working in the Main Prison Office building any longer. After being threatened and intimidated by Lt. Colonel Marcus Jones, Plaintiff filed a grievance to remedy this situation on December 23, 2021. Already Lt. Colonel Marcus Jones had proceeded to carry out his threats by submitting a falsified request for job change form to the West Yard Classification office where Plaintiff is assigned. Thereafter, Colonel Willard Gauthier acting upon the request of Lt. Colonel Marcus Jones attempted to carry out the request by submitting an Internal Review Board Request to the West Yard requesting that Plaintiff be reassigned from his job. Despite Plaintiff's attempt to resolve this matter Lt. Colonel Marcus Jones and Colonel Willard Gauthier were only infuried by the Classification Department's denial of the request to change Plaintiffs job assignment and Plaintiffs decision to file an A.R.P. requesting for protection from Lt. Colonel Jones

## V    Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Attach no exhibits.

Plaintiff respectfully pray the court will order immediate reinstatement of the previous assigned job; discipline and/or order the discipline of the offending correctional officers by termination from duty; and payment of all court cost incurred herein by Plaintiff. Alternatively, Plaintiff respectfully ask that the offending officers be demoted from their positions and ordered to undergo training classes in the correct manner of their watch of prisoners. In addition, that they be made to pay all court cost incurred and they are not allowed to work any unit where Plaintiff is assigned.

Upon finding that these correctional officers has violated Plaintiffs rights and blatantly disregarded they rules of correctional officers, the court should appropriately discipline them as seen fit and appropriate.

Plaintiff also request for monetary payment for mental anguish, emotional distress and mental strain based upon the action of these employees that Plaintiff has been compelled to undergo from the date of the initial act against him.

**VI    Plaintiff's Declaration**

1)    I understand that I am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

2)    I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee and any cost assessed by the Court, which, after payment of the partial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

3)    I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

Signed this _____ day of _____, 20____.

Signature: _____

Print Name: _Melvin Johnson #108141_

Address: _17544 Cumnu Trace_

City/State/Zip: _Angola, La 70712_