LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
DISCIPLINARY REPORT

INSTITUTION: L.S.P

| 1. Name of Offender Melvin Johnson | 2. Number 108141 | 3. Date of Incident 10-15-21 | 4. Time of Incident 9:00 pm |
|---|---|---|---|
| 5. Place of Incident MPO | 6. Job Assignment (Offender) MPO orderly | 7. Housing Assignment (Offender) Pine 4 | |

8. Rule Violated Defiance; Aggravated Disobedience    9. Rule Number 3, 5

10. Description of Incident (Include all relevant information - "unusual Offender behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side, if necessary) On the above date and approx. time I Sgt. James gave all offenders a loud direct verbal order over the intercom to report to the MPO lobby for count. Offender Johnson #108141 who is assigned to pine unit didn't come down on time for count. I then asked offender Johnson #108141 why he didn't report to the lobby for count. He stated "I was busy doing something. What you want me to do run down here?" I then gave offender Johnson another direct verbal

11. Offender Placed in Adm. Seg.    ☐ Yes    ☑ No

| 12. Signature of reporting employee Larencia James | 13. Name, Title, Assignment (Print) Larencia James Sgt |
|---|---|
| 14. Date of Report 10-15-21 | 15. Time of Report 10:06 pm | 16. Report (copy) given to above Offender by: | 17. Offender's Signature: refused    Verified MB |

18. Plea by Offender:    ☐ Not Guilty    ☑ Guilty          19. Verdict:    ☐ Not Guilty    ☑ Guilty

20. Date of Hearing: 10/19/21  10/26/21          21. Counsel Substitute: DOC# 284565   380970

22. Motions: Full Investigation

23. Reasons for Disposition:
☑ Report is clear and precise.          ☐ Lack of a credible defense/little or no defense.          ☑ Based on his statement.
☐ The officer's version is determined to be more credible than the offender's.          ☑ Pled guilty/accepted guilty plea.
☐ Only defense is denying contents of report.          ☐ The offender presented no evidence to refute the charges.
☐ The Investigative officer's testimony was deemed more truthful and accurate than the offender's.    ☑ Plea bargain.
☐ The offender's demeanor led the board to believe that the offender's testimony was untrue.
☐ Other _____

24. Reasons for Sentence:
☐ Seriousness of offense          ☐ The need to protect the institution, employees, or other.
☐ Poor Conduct record. A total of _____ rule violation(s). A total of _____ Schedule B violations since _____

A total of _____ # _____ rule violations since _____

☐ Other _____

25. Sentence: Verbal Reprimand          Suspended ☐ _____ Days    Imposed ☑

26. Sentence: _____          Suspended ☐ _____ Days    Imposed ☐

27. DISCIPLINARY BOARD:
Cost maybe imposed for any property loss, damage, or medical expense occasioned through the fault of an Offender who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary \Rules and Procedures for Adult Offenders.

CHAIRMAN (DISCIPLINARY OFFICER)

MEMBER

\*\*\* TO BE USED AS ADDITIONAL PAGE FOR DISCIPLINARY REPORTS ONLY WHEN NEEDED \*\*\*

LOUISIANA STATE PENITENTIARY
DISCIPLINARY REPORT

ADDITIONAL PAGE NO. _____

OFFENDER'S NAME: Melvin Johnson    NUMBER 108141

DATE: 10·15·81    TIME: 10:05pm

Order to proceed to his dormitory and he complied with my order. Major. Turner was notified of this incident.

COPY GIVEN TO OFFENDER BY: _____

REPORTING OFFICER: _____

To:    DB Office

From:  Melissa Butler, Lt. Col

       MP East Yard D-Team

Date:  10-20-2021

Ref:   Melvin Johnson  #108141

       #3,5


In response to your request for an investigation concerning the DB report of Melvin Johnson #108141. I have attached a copy of the logbook for MPO, which clearly shows Sgt. L. James counted after 8:53 pm and turned her count in to control center at 9:16 pm. Offender Johnson is assigned to Pine 4 and the count she turned in for Pine 4 was 0. That count cleared at 9:38 pm. Due to the offenders' actions, Sgt. James had to send offender Melvin Johnson to his housing area to be placed on their count.

Offender Johnson is aware of count procedures and did not follow the orders given to him. Offender Johnson was not where he was ordered to be at count time to be verified.

This is for your information and further handling.


Melissa Butler, Lt. Col

22

Oct 15 21 Sgt. L. James ✗                          NPO
Friday                                              D-Team

Relieved B-Team of all duties and equipment.
Beeper 89, 91, 94, 101 3 fully charged
fire extinguisher, 1 Narcan container Kit,
West Yard Key stamp, (1) motorola 6000
(1) Body camera with charger, Post
order read and understood.
Tower 1 (msgt. C. Scott) Tower 15 (msgt. S
Scott) checked In.
All Inventory accounted for.

| | Oak | Pine | Wal | Hic | Cyp | Spr | Ash | Mag |
|---|---|---|---|---|---|---|---|---|
| 721 | 3 | 2 | 2 | 0 | 4 | 4 | 4 | 5 |
| | 1 | 2 | 17 | 0 | 5 | 5 | 3 | 9 |
| 132 | 0 | 1 | 18 | 0 | 9 | 1 | 7 | 16 |
| | 2 | 1 | 4 | 0 | 0 | 5 | 1 | 1 |

7:44 Recount Cyp 2 No change.
7:54 Total Sundown Count Clear.
8:04 Turn in count to control Center 132x
✗ 8:53 Total Count Clear.

✗ 9:16 Turn in count to control Center.

| | Oak | Pine | Wal | Hic | Cyp | Spr | Ash | Mag |
|---|---|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 |
| | 0 | 0 | 1 | 0 | 2 | 0 | 0 | 4 |
| | 0 | 1 | 1 | 0 | 0 | 0 | 2 | 8 |
| | 0 | 0 | 0 | 0 | 0 | 2 | 1 | 0 |

9:38 Total Count Clear.
10:11 Turn in count to control Center.

Dates of Incident         Employee Involve
10-15-2021             Lt. Col. M. Jones
11-10-2021             Col Cooshea
12-13-2021
12-28-2021
1-26-22

## Issues Presented

Unjustifiable Abuse of Authority in the FORM OF Retaliation.

The Unjustifiable Abuse of authority in the form of Retaliation has come from Lt. Col. Jones and Col. Cooshea East yard Supervisors through a forbidden sequence of events.

#1

On the date of 10-15-21 I was given a Disciplinary Report and ACCUSE of Violating Rules #3 and Rule #5 by Sgt. LARENCIA JAMES. D.B court hearing after a full investigation the only sentence I received was a Verbal Reprimand.

Pg 1

#2

The on the date of 11-10-21, I was approach by Lt. Col. M. Jones, he then informed, me that Sgt. James is his friend and for that reason he feel that, the West yard D.B. Court was to light on me and should have, took my Job so he will handle that.

#3

On the date of 12-13-21 I received A letter from the West yard Classification Office with the results of a hearing that stated:

Nature of Request for Hearing Change in work Assignment.

Request denied No Change.

The next night as I performed my orderly duties in the M.P.O Lt. Col Jones and Sgt James was setting in the upstairs

Pg 2

boot, he then stated to me that he informed, Col. Coosher that he did not want me in the M.P.O anymore and why he did not want me in the M.P.O and that they would see to it I never come in the M.P.O again.

#4

On 12-28-21, I filed an A.R.P to Warden Hooper Requesting Protection from Lt. Col. M. Jones and Col. Coosher.

#5

Finally on the date of 1-26-22 I received a letter from the East yard Classification Office, did a review board on me and changed my Job Assignment.

Pg 3

Conclusion

The Louisiana Department of Public Safety and corrections forbids any and all forms Retaliation by employee(s) Nor dose the Department allow conspiracy by staff or ~~Capital~~ Offenders, both Col. Coospea, And Lt. Col. Jones operated outside the guide lines of the Department of Public Safety and Correction by doing Internal Review Board on Offenders without Classification and as East yard Supervisors they can not do board on West yard Offender. For the facts in this A.R.P I'm requesting that my job be reinstated and the facts of the two come with just consequence.

Melvin Johnson
108141
Pine-4
2-10-22
108141
Melvin Johnson
OUT. - 2-16-2022 -

Pg 4

CLASSIFICATION
OFFENDER RELEASE/REQUEST FORM
REVISED 2021

*not Needed*

# LOUISIANA STATE PENITENTIARY
# RELEASE / REQUEST FORM

DATE: _12-17-21_

**To:** **Internal Review Board**
**Classification**

**From:** _Col Willard Gauthier Jr_

Offender Name: _Melvin Johnson_ DOC #: _108149_ Quarters: _Pine-4_

I would like to have the above named and numbered offender reassigned in the following manner. (Complete the appropriate blanks below.)

FROM QUARTERS: _same_     TO QUARTERS: _____
FROM CUSTODY: _Mf Ed ord_     TO CUSTODY: _____
FROM JOB: _Mf Ed ord_     TO JOB: _____

For this specific reason:
_____
_____
_____

Requesting Employee: _Col WG___Jr___ Date: _12-17-21_

### *** DO NOT WRITE BELOW THIS SPACE ***

Date of Last DB Action: _10/15/21_     Rule Violated: _#3,#5_

Date of Last Job Assignment: _IRB; 12/28/18_  Date Eligible: _11/5/22_

<u>LOUISIANA STATE PENITENTIARY</u>
<u>CLASSIFICATION DEPARTMENT</u>

DATE:       12/13/2021
TO:         MELVIN JOHNSON
            #108141  PINE 4
            La State Penitentiary

FROM:       Classification Department

SUBJECT:    Internal Review Board Hearing (Silent Job Board).


BOARD DATE: <u>DECEMBER 15, 2021</u>


Mr. JOHNSON

This notice is to inform you that on the above Board Date your
Master Prison Record will be reviewed by the <u>Internal Review Board.</u>

Please note that you will not be on callout for this hearing,
however, the Internal Review Board will notify you of the result
of this hearing. Thank you.


_____
Ms. Juantreaka White
ARDC Classification Specialist

LOUISIANA STATE PENITENTIARY
CLASSIFICATION DEPARTMENT

DATE: DECEMBER 13, 2021

TO: MELVIN JOHNSON, #108141, PINE 4

FROM: Classification Officer/Internal Review Board Member

SUBJECT: Results of Most Recent Internal Review Board Hearing

NATURE OF REQUEST FOR HEARING:

( ) Change in custody status (5.1 Board)

( ) Change in living quarters (5.1 Board)

(X) Change in work assignment (5.2 Board)

INCENTIVE PAY EVALUATION:    Your current pay rate is:

Your new pay rate will become:

HEARING RESULT(S):

( ) Request approved/new assignment:

( ) No action taken/hearing re-scheduled:

(✓) Request denied (see reason(s) indicated below)

( ) Offender status

( ) Poor conduct record

( ) Poor institutional work record

( ) Brief period of incarceration

( ) Length of time remaining on sentence

( ) Physical health and/or mental health reason(s)

( ) No release from current supervisor was submitted

( ) No request from requested supervisor was submitted

( ) No vacancy exist at location requested

( ) Current detainer(s) filed against you

( ) Escape charge(s) and/or conviction(s)

( ) Seriousness of current charge

( ) Board's discretion

( ) Other: _____

NO Change

JWhite

LOUISIANA STATE PENITENTIARY
CLASSIFICATION DEPARTMENT

DATE: **January 26, 2022**

TO: **MELVIN JOHNSON, #108141, PINE 4**

FROM: **Classification Officer/Internal Review Board Member**

SUBJECT: **Results of Most Recent Internal Review Board Hearing**

---

|  |  |
|---|---|
| **NATURE OF REQUEST FOR HEARING:** | ( ) Change in custody status (5.1 Board) |
|  | ( ) Change in living quarters (5.1 Board) |
|  | (X) Change in work assignment (5.2 Board) |

---

**INCENTIVE PAY EVALUATION:**   Your current pay rate is:

Your new pay rate will become:

---

**HEARING RESULT(S):**                                   JANITOR/CLEANER
                                                          WALK ORD

    (X) Request approved/new assignment:

    ( ) No action taken/hearing re-scheduled:

    ( ) Request denied (see reason(s) indicated below)

---

    ( ) Offender status

    ( ) Poor conduct record

    ( ) Poor institutional work record

    ( ) Brief period of incarceration

    ( ) Length of time remaining on sentence

    ( ) Physical health and/or mental health reason(s)

    ( ) No release from current supervisor was submitted

    ( ) No request from requested supervisor was submitted

    ( ) No vacancy exist at location requested

    ( ) Current detainer(s) filed against you

    ( ) Escape charge(s) and/or conviction(s)

    ( ) Seriousness of current charge

    ( ) Board's discretion

    ( ) Other: _____